# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHANNON TAYLOR, | : | |
| Plaintiff, | : | |
| | | Case No.  3:12mc00020 |
| vs. | : | |
| | | District Judge Timothy S. Black |
| WESTERN SOUTHERN FINANCIAL GROUP, | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendant. | | |
| | : | |

# ORDER

This case is before the Court upon Shannon Taylor's Motion or Complaint to Vacate Arbitrator's Award (Doc. #1) and Western Southern Financial Group's Memorandum in Opposition (Doc. #2).  Taylor has not responded to Western Southern's Memorandum in Opposition.

An issue arose during arbitration concerning whether Taylor's counsel timely received a copy of Western Southern's Motion for Summary Judgment.  The issue seems to persist in the present case.  Upon review of the record, it is unclear whether or not Taylor's counsel has received a copy of Western Southern's Memorandum in Opposition. Western Southern indicates in its certificate of service that it intended notify Plaintiff's counsel about its Memorandum in Opposition by sending notice to a Springboro, Ohio address.  (Doc. #2, PageID at 58).  Yet, the Springboro, Ohio address is different from the

Dayton, Ohio address Plaintiff's counsel provided in the Motion or Complaint to Vacate Arbitrator's Award.  (Doc. #1, PageID at 3).  Additionally, Plaintiff's counsel is presently registered on this Court's Case Management Electronic Case Filing system at the same Dayton, Ohio address provided in his Complaint or Motion.

**IT IS THEREFORE ORDERED THAT:**

1. Western Southern's counsel of record serve a copy of its Memorandum in Opposition to Plaintiff's counsel by registered mail, return receipt requested, at the following address:

    John J. Scaccia
    Scaccia & Associates, LLC
    1814 East Third Street
    Dayton, OH 45403

2. **On or before December 19, 2012**, Taylor shall file a Response, if any, to Western Southern's Memorandum in Opposition.


November 27, 2012

                                              s/Sharon L. Ovington
                                              Sharon L. Ovington
                                      United States Magistrate Judge