## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SHANNON TAYLOR,**                              **Case No. 3:12-mc-020**

    Plaintiff,                              **Judge Timothy S. Black**
                                        **Magistrate Judge Sharon L. Ovington**

**-vs-**

**WESTERN SOUTHERN**
**FINANCIAL GROUP,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**     **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 17) is **ADOPTED**; the Plaintiff's Objections (Doc. 18) are **OVERRULED**; that Plaintiff's Motion for Leave (Doc. 12) is **DENIED**; that Plaintiff's Motion to Accept Brief Instanter (Doc. 15) is **GRANTED**; that Plaintiff's Motion to Vacate (Doc. 1) is **DENIED**; and the case is **TERMINATED** from the docket of the Court.

Date: 7/26/2013                              **JOHN P. HEHMAN, CLERK**

                                                  By: *s/ M. Rogers*
                                                  Deputy Clerk